

# IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-08-00264-CR

**ERIK PHILIPP,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the County Court
### Navarro County, Texas
### Trial Court No. 60211

_____

## MEMORANDUM  OPINION

_____

Erik Philipp was convicted of driving while intoxicated. He filed a notice of appeal. He has now filed a Motion to Dismiss Appeal requesting this Court to withdraw the notice of appeal and dismiss the appeal. Philipp personally signed the Motion to Dismiss.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed November 19, 2008
Do not publish
[CR25]